■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. BONAPARTE, Appellant. [800 NYS2d 865]—Appeal from a judgment of the County Court of Saratoga County (Scarano, Jr., J.), rendered May 16, 2003, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the fifth degree.

In satisfaction of a superior court information, defendant pleaded guilty to criminal possession of a controlled substance in the fifth degree and waived his right to appeal. Defendant was sentenced in accordance with the plea agreement to a prison term of 1 to 3 years. On appeal, defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues which can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Crew III, Carpinello, Mugglin and Rose, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.